No. 381, Misc. McCANN ET AL. v. CLARK, ATTORNEY GENERAL;

No. 395, Misc. STEINBERG v. HOFFMAN, JUDGE, ET AL.; and

No. 398, Misc. IN RE KNIGHT. The motions for leave to file petitions for writs of mandamus are severally denied.

*Certiorari Granted.*

No. 506. UNITED STATES EX REL. JOHNSON v. WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 2d Cir. Certiorari granted. *Gunther Jacobson* for petitioner. *Solicitor General Perlman, Robert W. Ginnane* and *Robert S. Erdahl* for respondent.

*Certiorari Denied.* (*See also No. 517, supra.*)

No. 453. WADE v. MICHIGAN. Recorder's Court of Detroit, Michigan. Certiorari denied. *Larry S. Davidow* and *Anne R. Davidow* for petitioner. *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 502. KOEHNE ET AL. v. MATTHEWS, U. S. MARSHAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ira Chase Koehne* and *Orille C. Gaudette* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for respondents.

No. 513. BURNHAM CHEMICAL Co. v. BORAX CONSOLIDATED, LTD. ET AL. C. A. 9th Cir. Certiorari denied. *Thurman Arnold, Sterling Carr* and *Walton Hamilton* for petitioner. *Maurice E. Harrison, Moses Lasky* and